**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB - 6 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 1:19CR 20 |
| | § | Crone-Hawthorn |
| ARNOLD TROY CRAYTON | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One
Violation: 18 U.S.C. § 751(a),
(Escape From Custody)

On or about January 12, 2019, in Jefferson County, Texas, located in the Eastern District of Texas, the defendant, **Arnold Troy Crayton**, did knowingly escape from the custody of the Federal Bureau of Prisons, where the defendant was lawfully confined at the direction of the Attorney General, by virtue of a judgment of conviction for a felony offense by the United States District Court for the Northern District of Texas, in Cause No. 4:13-CR-160-A(01), for violating 21 U.S.C. § 841.

All in violation of 18 U.S.C. § 751(a).

A TRUE BILL

/s/ AF
GRAND JURY FOREPERSON

JOSEPH D. BROWN
United States Attorney

/s/ Brit Featherston
Brit Featherston
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | NO. 1:19CR 20 |
| ARNOLD TROY CRAYTON | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 751(a)

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, a term of supervised release of not more than (3) years.

Special Assessment: $100.00