# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 1:19CR20 |
| | § | |
| ARNOLD TROY CRAYTON | § | |

## ORDER OF DETENTION

The Court called a hearing to consider the matter of Defendant's detention pending trial, Defendant waived his/her right to a detention hearing. It is therefore,

**ORDERED** that the Defendant is detained pending trial without prejudice to his/her re-raising the issue of pretrial detention at any time.

Signed: February 15, 2019

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE